IN THE UNITED STATES DISCTRCIT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

GARY RICHMOND
and ANNA RICHMOND,

    Plaintiffs,

v.

CASE NO. __5:12-0191__
(formerly C.A. No. 11-C-996-B, in the
Circuit Court of Raleigh County, W. Va.)

GE MONEY BANK,
A *Federal Savings Bank*,

    Defendant.

## NOTICE OF REMOVAL

1.     Defendant GE Money Bank ("GEMB"), hereby removes the above-captioned action to the United States District Court for the Southern District of West Virginia pursuant to 28 U.S.C. § 1441(b). The basis for federal court jurisdiction is 28 U.S.C. § 1331.

2.     GEMB is a defendant in the action entitled *Gary Richmond & Anna Richmond v. GE Money Bank*, Civ. Act. No. 11-C-996-B, pending in the Circuit Court of Raleigh County, West Virginia.

3.     Pursuant to 28 U.S.C. § 1446(a), GEMB attaches as Exhibit A, all "process, pleadings, and orders" served upon GEMB in this action to date.

4.     Plaintiffs allege in Count One of the Complaint that GEMB has violated a federal statute, the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"). Plaintiff's TCPA claim arises under the laws of the United States, and the United States District Court therefore has federal question jurisdiction over that claim. 28 U.S.C. § 1331; *Mims v. Arrow Fin.*

*Servs.*, __ U.S. ___, 2012 WL 125429 (Jan. 18, 2012). Because the TCPA claim arises under the laws of the United States, the action is removable to this Court pursuant to 28 U.S.C. § 1446(b).

5. Plaintiff's Summons and Complaint were received by the West Virginia Secretary of State on December 27, 2011. Therefore, this Notice of Removal is being filed in a timely manner pursuant to 28 U.S.C. § 1446(b).

6. Written notice of the filing of this Notice of Removal will be given to Plaintiffs. Written notice of this Notice of Removal and a copy thereof will be filed with the Circuit Court of Raleigh County, West Virginia, as provided by 28 U.S.C. § 1446(d).

WHEREFORE, defendant GEMB, prays this action to proceed to this Court as an action properly removed thereto.

GE MONEY BANK,

Defendant,

BY COUNSEL:

_____
Bryant J. Spann (WVSB # 8628)
Zackary B. Mazey (WVSB # 10027)
Christopher S. Dodrill (WVSB # 11040)
Guthrie & Thomas, PLLC
500 Lee Street, East, Suite 800
P. O. Box 3394
Charleston, WV 25333-3394
Tel: 304.345.7250
Fax: 304.345.9941
bjspann@agmtlaw.com
zbmazey@agmtlaw.com
csdodrill@agmtlaw.com

IN THE UNITED STATES DISCTRCIT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

GARY RICHMOND
and ANNA RICHMOND,

    Plaintiffs,

v.                            CASE NO. _____
                               (formerly C.A. No. 11-C-996-B, in the
                               Circuit Court of Raleigh County, W. Va.)

GE MONEY BANK,
A *Federal Savings Bank*,

    Defendant

### CERTIFICATE OF SERVICE

    I, Zackary B. Mazey, counsel for defendant GE Money Bank, do hereby certify that service of the foregoing **"Notice of Removal"** has been made upon the following counsel by depositing a true copy thereof in the regular course of the United States mail, postage prepaid, on this 26th day of January, 2012, addressed as follows:

        Paul W. Roop, II (WVSB # 5406)
        ROOP LAW OFFICE, LC
        P.O. Box 1145
        Beckley, WV 25801
        Tel:  304.255.7667
        Fax: 304.256.2295
        paulroop@rooplawoffice.com
          *Counsel for Plaintiff*

                                       /s/ Zackary B. Mazey
                              Zackary B. Mazey (WVSB # 10027)
                              Guthrie & Thomas PLLC
                              500 Lee Street, East, Suite 800
                              P. O. Box 3394
                              Charleston, WV 25333-3394
                              Tel:  304.345.7250
                              Fax: 304.345.9941
                              zbmazey@agmtlaw.com