# EXHIBIT A

```
CASE 11-C-996         RALEIGH                          PAGE 0001

GARY RICHMOND              vs. GE MONEY BANK


LINE   DATE    ACTION

  1  11/10/11  CASE FILED-ISSUED SUMMONS AND COMPLAINT RETURNED TO ATTY RUNNER
  2            FOR SERVICE. MBS       (CC)
  3  01/04/12  RETURN OF SERVICE FROM SEC OF STATES ACCEPTED FOR SERVICE OF
  4            PROCESS           PC   (CC)
  5  01/19/12  CERT. OF SERVICE OF PLTF'S FIRST SET OF INTERROGATORIES, REQUEST
  6            FOR PRODUCTION OF DOCUMENTS SND REQUESTS FOR ADMISSION TO DEFT.
  7            ON BEHALF OF GE MONEY BANK BG         (JED)
```

STATE OF WEST VIRGINIA

COUNTY OF RALEIGH SS:

I, PAUL H. FLANAGAN, Clerk of the Circuit Court of Raleigh County do hereby certify that the foregoing is a true and correct copy from the records of my office as the same exists therein.

IN TESTIMONY WHEREOF, I hereunto place my hand and affix the official seal of this Court, at Beckley this the 23rd day of January 20 12.

Paul H. Flanagan
Clerk

## SUMMONS

## CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

**GARY RICHMOND**
**and ANNA RICHMOND**

    Plaintiffs,

vs.                                        CIVIL ACTION NO. 11-C- 996 B

**GE MONEY BANK,**
**a Federal Savings Bank,**

    Defendant.

**To the above-named Defendant:**    GE MONEY BANK
                                        c/o Kurt R. Grossheim
                                        170 West Election Road, Suite 125
                                        Draper, UT 84020

*[Stamp: "ACCEPTED FOR SERVICE OF PROCESS" SECRETARY OF STATE OF WEST VIRGINIA 2011 DEC 27 PM 4:03]*

    IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon **Paul W. Roop, II, Attorney-at-Law**, plaintiff's attorney, whose address is **P.O. Box 1145, Beckley, West Virginia 25802**, an answer, including any related counterclaim you may have, to the complaint if filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated: __11-10-11__

                                                                                         */s/ Paul H. Flanagan*
                                                                                         Clerk of Court

IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA AND FILED

2011 NOV 10 AM 11: 29

GARY RICHMOND
and ANNA RICHMOND,

    Plaintiffs,

vs.

CIRCUIT CLERK
CIVIL ACTION NO. 11-C-996-B

GE MONEY BANK,
a Federal Savings Bank,

    Defendant,

## COMPLAINT

1. The Plaintiffs, Gary Richmond and Anna Richmond, are residents of Raleigh County, West Virginia.

2. The Plaintiffs, Gary Richmond and Anna Richmond, are people who fall under the protection of the *Telephone Consumer Protection Act, 47 U.S.C. §227* [hereinafter "*TCPA*"].

3. The Defendant, GE Money Bank [hereinafter, "GEMB"] is a Federal Savings Bank with its principal place of business at 170 West Election Road, Suite 125, Draper, Utah, 84020. The said Defendant is a debt collector as defined by the *West Virginia Consumer Credit and Protection Act* and does business in Raleigh County, West Virginia by extending auto loans to persons residing in said County and State. The said Defendant further transacts debt collection activity in said County and State. The said Defendant may be served by the West Virginia Secretary of State through its President and CEO, Kurt R. Grossheim, 170 West Election Road, Suite 125, Draper, UT 84020.

4. The calls described below which were placed by the Defendant were placed utilizing an "automatic telephone dialing system" or "artificial or prerecorded voice" as those terms are used in 47 U.S.C. §227.

5. The Defendant maintains records of each call placed to the Plaintiffs regarding her account by date, time called, duration of call, the identity of Defendant's employee or representative and notes or codes placed upon such record by the Defendant's employee or representative.

6. The Defendant called Plaintiffs repeatedly using an automatic telephone dialing system or an artificial or prerecorded voice beginning, at least, on June 21, 2010 at which time the Plaintiff expressly revoked any permission which Defendant might have had to place any calls to the Plaintiff's cellular telephone.

7. From June 21, 2011 through July 21, 2011, the Defendant knowingly placed not less than one hundred sixty four (16) calls to the Plaintiffs' cellular telephone utilizing an automatic telephone dialing system or artificial or prerecorded voice without the express consent of the Plaintiffs.

8. In addition to the not less than one hundred sixty five (165) calls placed by Defendant using an automatic telephone dialing system or artificial or prerecorded voice, as described in the preceding paragraph, the Defendant placed other calls to the Plaintiffs after the latter date set forth in the preceding paragraph through the date of filing the herein complaint by use of an automatic telephone dialing system or artificial or prerecorded voice.

9. At no time did the Plaintiffs expressly authorize the Defendant to make calls to the Plaintiffs using an automatic telephone dialing system or artificial or prerecorded voice.

10. Based upon information and belief, the Defendant was aware that the initiation of calls to a cellular phone such as that of the Plaintiffs are likely to cause the recipient to incur charges.

11. Based upon information and belief, the Defendant placed calls to the Plaintiffs with the intent to annoy, harass and threaten the Plaintiffs.

12. As a result of the foregoing actions, the Plaintiffs have been annoyed, aggravated, harangued, and otherwise damaged.

## COUNT ONE
### {Strict Liability for Violation of *TCPA*}

13. The Plaintiffs incorporate the preceding paragraphs as if set forth fully herein.

14. The Defendant has violated the *TCPA* by placing calls to the Plaintiffs on Plaintiffs' cellular telephone using an automatic telephone dialing system or artificial or prerecorded voice without the express permission of the Plaintiffs.

15. Alternatively, Defendant has violated the *TCPA* by placing calls to the Plaintiffs on Plaintiffs' cellular telephone using an automatic telephone dialing system or artificial or prerecorded voice after the Plaintiffs revoked any permission of the Defendant to place such calls.

16. The foregoing violations of the TCPA were committed willfully or knowingly by the Defendant or its agents.

## COUNT TWO
### {Violation of West Virginia Consumer Credit and Protection Act}

17. The Plaintiffs incorporate the preceding paragraphs as if set forth fully herein.

18. The Defendants have engaged in repeated violations of Article 2 of the *West Virginia Consumer Credit and Protection Act* [hereinafter, "WVCCPA"], including but not limited to:

    a. Engaging in unreasonable or oppressive or abusive conduct towards the Plaintiffs in connection with the attempt to collect a debt by placing telephone calls to the Plaintiffs in violation of *West Virginia Code* §46A-2-125;

    b. Causing the Plaintiffs' phone to ring or engaging persons, including the Plaintiffs, in telephone conversations repeatedly or continuously or at unusual times or at times known to be inconvenient, with the intent to annoy, abuse or oppress the Plaintiffs in violation of *West Virginia Code* §46A-2-125(d);

c. Using generally unfair or unconscionable means to collect a debt from Plaintiffs in violation of *West Virginia Code* §46A-2-128 by placing calls to the Plaintiffs on Plaintiff's cellular or residential telephone using an automatic telephone dialing system or artificial or prerecorded voice without the express permission of the Plaintiffs or after such permission was revoked in violation of the *TCPA*; and

d. Violating W.Va. Code §46A-2-125 by using a computer, with the intent to harass or abuse the Plaintiffs, to make contact with the Plaintiffs after being requested by the Plaintiffs to desist in violation of W.Va. Code §61-3C-14a.

### COUNT THREE
### *{Violation of West Virginia Code §61-3C-14a}*

19. The Plaintiffs incorporate Paragraphs 1 through 18 as stated above.
20. The Defendant, in violation of *West Virginia Code §61-3C-14a*, made repeated telephone calls to or contacts with Plaintiffs by using a computer, with the intent to harass or abuse the Plaintiffs, after being requested by the Plaintiffs to desist.
21. Pursuant to *West Virginia Code §55-7-9*, any person injured by the violation of a statute may recover from the offender such damages as may be sustained by reason of the violation.
22. The violation of the aforesaid statute caused injury to the Plaintiffs, including annoyances, inconvenience, aggravation and emotional distress.
23. The Defendant's violation of the aforesaid statute was intentional and malicious.

**WHEREFORE**, subject to the attached Stipulation wherein Plaintiff and Plaintiff's counsel stipulate that Plaintiffs shall neither seek nor accept an amount greater than $74,999.00 in this case, including any award of attorney fees but excluding interest and costs the Plaintiff demands judgment against the Defendant for actual damages, statutory damages on Counts I and II pursuant to both the TCPA and the WVCCPA, as permitted, and actual damages, and punitive damages on Count III, as well as reasonable attorney's fees, costs and for such other and further relief as this Court may deem appropriate.

**PLAINTIFFS DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

GARY RICHMOND
and ANNA RICHMOND
By Counsel

Paul W. Roop, II
ROOP LAW OFFICE, LC
P.O. Box 1145
Beckley, WV 25801
WV State Bar # 5406
(304) 255-7667

IN THE CIRCUIT COURT OF RALEIGH COUNTY, WEST VIRGINIA

GARY RICHMOND
and ANNA RICHMOND

    Plaintiffs,

vs.                                       CIVIL ACTION NO. 11-C-

GE MONEY BANK,
a Federal Savings Bank,

    Defendant.

## STIPULATION OF PLAINTIFFS AND ATTORNEY FOR PLAINTIFFS

Plaintiffs and attorney for Plaintiffs agree to be bound by the following stipulation: The Plaintiffs shall neither seek nor accept an amount greater than $74,999.00 in this case, including any award of attorney fees but excluding interest and costs.

_____
GARY RICHMOND

_____
ANNA RICHMOND

_____
PAUL W. ROOP, II (WVSB No. 5406)
ROOP LAW OFFICE, L.C.

STATE OF WEST VIRGINIA
COUNTY OF RALEIGH, TO-WIT:

The foregoing instrument was acknowledged before the undersigned authority by Carter & Sharon Stump on this the 19th day of August, 2011.

_____
NOTARY PUBLIC

My Commission Expires: 2/10/15

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
MELISSA A. LIGHT
109 E. MAIN STREET
BECKLEY, WV 25801
My commission expires February 10, 2015

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV  25305



9171 9237 9000 1000 5743 91



**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

RECEIVED
DEC 3 0 2011
BY:_____

GE Money Bank
c/o Kurt R. Grossheim
170 West Election Rd., Ste. 125
Draper UT  84020

| | | |
|---|---|---|
| ControlNumber: | | 326818 |
| Defendant: | | GE Money Bank |
| County: | | 41 |
| | | 12/27/2011 |
| Civil Action: | | 11-C-996-B |

I am enclosing:

| | | |
|---|---|---|
| ____ summons | ____ affidavit | _1_ summons and complaint |
| ____ notice | ____ answer | ____ summons and verified complaint |
| ____ order | ____ cross-claim | ____ summons and amended complaint |
| ____ petition | ____ counterclaim | ____ 3rd party summons and complaint |
| ____ motion | ____ request | ____ notice of materialmans lien |
| ____ suggestions | ____ notice to redeem | ____ notice of mechanic's lien |
| _1_ interrogatories | _1_ request for production | ____ re-issue summons and complaint |
| ____ discovery | _1_ request for admissions | ____ subpoena duces tecum |
| ____ suggestee execution | ____ notice of uim claim | ____ Other |
| ____ subpoena | ____ writ | |
| _1_ stipulation | ____ writ of mandamus | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

# West Virginia Secretary of State — Online Data Services

## Business & Licensing

Online Data Services Help

## Service Of Process Search Item Detail

Back To Results | New Search

| Service Information | |
|---|---|
| **Civil Action** | 11-C-996-B |
| **Defendant** | GE Money Bank |
| **Agent** | c/o Kurt R. Grossheim |
| **City/State/Zip** | Draper, UT 84020 |
| **Country** | US - United States of America |
| **County** | Raleigh |
| **Service Date** | 12/27/2011 |
| **Delivery Information** | |
| **Certified Number** | 9171923790001000574391 |
| **Delivered Date** | 12/30/2011 11:56:00 AM |
| **Delivered** | YES |
| **Status Details** | DELIVERED (Complete list of USPS status descriptions) |
| **USPS Notice** | USPS requires a signature whenever certified mail is returned to sender. When mail from the Secretary of State is returned, it is processed and signed by the state's central mailing office. If your mail was intended for a private entity (that is, anyone other than a state officer or agency) and the signature below is that of **Kathy Thomas, Deanna Karlen, State of West Virginia, or Central Mailing Office**, then your mail was NOT DELIVERED and will be returned to the clerk of the appropriate court. |

Click the image below to view full size, for printing or saving to your computer.

**UNITED STATES POSTAL SERVICE**

Date Produced: 01/02/2012

WV SECRETARY OF STATE

The following is the delivery information for Certified Mail™ item number 7192 3790 0010 0057 4391. Our records indicate that this item was delivered on 12/30/2011 at 11:56 a.m. in DRAPER, UT, 84020. The scanned image of the recipient information is provided below.

**Signature Image**

Signature of Recipient: [signature] RYAN T. POE

Address of Recipient: 170 Election 125

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 3418679.47695721

Back To Results | New Search

Printed from West Virginia Secretary of State Online Data Services web site: http://apps.sos.wv.gov

Wednesday, January 25, 2012 — 9:29 AM

© 2012 State of West Virginia