IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

GARY RICHMOND
and ANNA RICHMOND,

      Plaintiffs,

v.                            CIVIL ACTION NO. 5:12-cv-0191
                                 (Judge Irene C. Berger)

GE MONEY BANK,
a *Federal Savings Bank*,

      Defendant.

## AGREED ORDER OF DISMISSAL

On this day came the Plaintiffs Gary Richmond and Anna Richmond and Defendant GE Money Bank, now known as GE Capital Retail Bank ("GECRB"), by their respective counsel, jointly moved the Court pursuant to Fed. R. Civ. P. 41(a)(2) for the entry of an Order dismissing the following claims in the above-captioned civil action:

    (a)    Plaintiff dismisses all claims as to GECRB, with prejudice; and

    (b)    GECRB dismisses its counterclaim against Plaintiff, without prejudice.

For good cause and there being no objection, it is hereby ORDERED that the above-referenced claims be, and the same are hereby DISMISSED, with each of the foregoing parties are to bear their own costs and attorney fees.

ENTERED:  August ___, 2012.

                                                      _____
                                                      Honorable Irene C. Berger
                                                      United States District Court Judge

AGREED TO BY:


/s/Paul W. Roop, II
Paul W. Roop, II (WVSB # 5406)
ROOP LAW OFFICE, LC
P. O. Box 1145
Beckley, WV  25801
Tel:  (304) 255-7667
Fax:  (304) 256-2295
paulroop@rooplawoffice.com
   *Counsel for Plaintiffs*


/s/Zackary B. Mazey
BRYANT J. SPANN (WVSB # 8628)
ZACKARY B. MAZEY (WVSB # 10027)
CHRISTOPHER S. DODRILL (WVSB # 11040)
THOMAS COMBS & SPANN, PLLC
300 Summers Street, Suite 1380
P. O. Box 3824
Charleston, West Virginia  25338
Tel:  (304) 414-1800
Fax:  (304) 414-1801
bspann@tcspllc.com
zmazey@tcspllc.com
cdodrill@tcspllc.com
  *Counsel for GE Money Bank n/k/a*
   *GE Capital Retail Bank*